Crane Packing Company, Appellant, v. Olin Brummer, Appellee.

Gen. No. 43,441.

opinion filed June 26, 1946; released for publication August 19, 1946. Nicholson, Barrett, Nisen & Keyes, for appellant; John R. Nicholson and Ernest V. Keyes, of counsel; Tenney, Sherman, Rogers & Guthrie, for appellee; S. Ashley Guthrie and A. Trevor Jones, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.